Michael A. Barcott, SBA #73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 4:20-cv-01384-HSG<br><br>**RULE 9 (h), IN ADMIRALTY**<br><br>**REQUEST FOR AND [PROPOSED] ORDER ALLOWING DEPOSIT OF SECURITY FOR COSTS** |

**REQUEST FOR AND [PROPOSED] ORDER**

**ALLOWING DEPOSIT OF SECURITY FOR COSTS**

Pursuant to Rule F1 of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rule 5-1, on April 17, 2020 limitation Plaintiffs Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust ("Limitation Plaintiffs") issued a $1,000.00 security for costs.

The Court ORDERS that such security be deposited into the Court Registry, with the

ORDER RE: SECURITY FOR COSTS - 1
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

interest of six percent (6%) per annum each year to be paid into the Court Registry on or before the one year anniversary of the date of this Order and on or before each one year anniversary thereafter until judgment is entered.

Dated this __8th__ day of May, 2020.

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER RE: SECURITY FOR COSTS - 2
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289