1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE N, KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FROM EXONERATION FROM AND/OR LIMITATION OF LIABILITY. | Case No.  20-cv-01384-HSG<br><br>**ORDER GRANTING EX PARTE MOTION AND DIRECTING NOTICE AND PUBLICATION TO INTERESTED PARTIES, AND ENJOINING PROSECUTION OF CLAIMS**<br><br>Re: Dkt. No. 4 |

14      WHEREAS, pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.* and

15  Rules F(1) and F(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the

16  Federal Rules of Civil Procedure, Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees

17  and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust

18  ("Limitation Plaintiffs"), by and through their attorneys, Holmes Weddle & Barcott, have

19  instituted a proceeding in this Court for limitation of and/or exoneration from liability as owners

20  and/or operators of the vessel MISS HAILEE, official number 524780, (hereinafter the "Vessel"),

21  with respect to an incident occurring on November 9, 2019, in which the Vessel sank; and

22      WHEREAS, Limitation Plaintiffs state that the Vessel sank; and

23      WHEREAS, Limitation Plaintiffs posted security for costs in the sum of $1,000.00, in

24  accordance with the Admiralty and Maritime Local Rule 5-1, with interest thereon at the rate of

25  six percent (6%) per annum from the date of the posting of security;

26      **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

27      1.      Limitation Plaintiffs assert that the Vessel sank;

28      2.      Limitation Plaintiffs have complied with Supplemental Admiralty Rule F(1) and

United States District Court
Northern District of California

United States District Court
Northern District of California

1  the Admiralty and Maritime Local Rule 5-1, by depositing security for costs in the amount of one

2  thousand dollars ($1,000.00), plus interest at the rate of six percent (6%) from the date of security.

3  Limitation Plaintiffs at this time do not need to deposit additional security for value with the

4  Court.  This ruling is **WITHOUT PREJUDICE** to the due appraisal of Limitation Plaintiffs'

5  interest in the Vessel and pending freight, and any claimant's demand that the deposit or security

6  be increased in accordance with Supplemental Admiralty Rule F(7);

7        3.      Under Supplemental Admiralty Rule F(3), the prosecution of any and all suits,

8  actions or proceedings of any nature or description whatsoever against Limitation Plaintiffs, their

9  agents, servants or employees or against the Vessel, except in the present proceeding, in respect of

10  any claim arising out of, occasioned by, consequent upon or otherwise connected with the

11  aforesaid incident, or arising during the voyage upon which the Vessel was then engaged, are

12  **HEREBY STAYED AND RESTRAINED** until such time as the Court determines whether to

13  dissolve the injunction.  Limitation Plaintiffs are **ORDERED** to serve a copy of this Order on the

14  persons and other legal entities to be restrained, or their attorneys;

15        4.      In accordance with Supplemental Admiralty Rule F(4), Limitation Plaintiffs shall

16  publish a copy of the following notice in the Fort Bragg Advocate – News for four consecutive

17  weeks starting the week of May 18, 2020, in substantially the form set forth below:

18

19        Notice to Interested Parties:  Robert E. Kelley and Richard E. Kelley,
        Successor Co-Trustees and Beneficiaries of Eugene M. Kelley and
20        Verna L. Kelley Revocable Living Trust, owners and/or operators of
        the MISS HAILEE, official number 524780 (hereinafter "the
21        Vessel"), an approximately 54.1 foot vessel of 48 gross tons, filed a
        Complaint pursuant to the Limitation of Liability Act, 46 U.S.C.
22        §§ 30510 *et seq.*, claiming the right to exoneration from and/or
        limitation of liability for all claims against it for injury, death, or other
23        damage resulting from an incident occurring on November 9, 2019,
        in which the Vessel sank while being operated upon the navigable
24        waters about 16 miles west of the Russian River, California.

25        Any person or legal entity who has or may have such a claim must,
        on or before July 3, 2020, file it with the Clerk of Court, U.S. Federal
26        District Court, Northern District of California, Oakland Division,
        under the title "In re F/V MISS HAILEE" and Case No. 20-cv-1384.
27        Any such claim must comply with the requirements of Rule F of the
        Supplemental Rules for Admiralty or Maritime Claims of the Federal
28        Rules of Civil Procedure.  A copy must also be served on or mailed
        to the plaintiff's attorney, Michael A. Barcott, HOLMES WEDDLE

& BARCOTT, 999 Third Ave., Suite 2600, Seattle, WA 98104.

Any claimant who desires to contest Robert E. Kelley's and Richard E. Kelley's, Successor Co-Trustees and Beneficiaries of Eugene M. Kelley and Verna L. Kelley Revocable Living Trust, right to exoneration from and/or limitation of liability shall file and serve an answer to the Complaint in the above-referenced matter on or before July 17, 2020, unless such answer is included in the claim. This notice is published pursuant to the order of said Court, the Honorable Haywood. S. Gilliam, Jr., dated May 12, 2020, and Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims.

5.     Limitation Plaintiffs shall, not later than the day of the second publication required in paragraph (4) above, mail copies of the Complaint and this Order to: (1) the last known address of those persons who are reported to have been injured as set forth in the Complaint, and to any attorneys known to represent them; and (2) to such other persons and other legal entities as are known to have any claim against the Limitation Plaintiffs or the Vessel and to any attorney known to represent them.

**IT IS SO ORDERED.**

Dated:   5/12/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

3