Nicholas J. Neidzwski, CSB #273020
nick@boatlaw.com
ANDERSON CAREY WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
Telephone:   360-671-6711
Facsimile:    360-647-2943
Attorneys for Claimant/Respondent
GILBERTO SANTIAGO OTANEZ,
Personal Representative of the Estate of
ARNULFO SANTIAGO SOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CASE NO.:  4:20-CV-01384-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LIMITATION ACTION AND TO LIFT INJUNCTION** |

Claimant/Respondent, Mr. Gilberto Santiago Otanez, personal

representative of the Estate of ARNULFO SANTIAGO SOLIS (hereinafter

"Claimant"), by and through Claimant's undersigned counsel, and Limitation

Plaintiffs Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LIMITATION ACTION AND TO LIFT INJUNCTION
CASE NO.:  4:20-CV-01384-HSG

PAGE - 1

**ANDERSON CAREY WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington  98225
(360) 671-6711  -  Fax (360) 647-2943

Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust ("Limitation Plaintiffs"), by and through Limitation Plaintiffs' undersigned counsel, hereby file the following joint stipulation regarding the above entitled case (hereafter the "Limitation Action") and Claimant's separate action, *Gilberto Santiago Otanez, Personal Representative of the Estate of Arnulfo Santiago Solis v. Richard E. Kelley, et al.,* Case 4:20-cv-04424-DMR (N.D. Cal.) (hereinafter "Personal Injury Tort Case Action").

Provided that this Court lifts its Injunction of May 12, 2020 (Docket No. 17) and stays this Limitation Action to permit Claimant to proceed against Limitation Plaintiffs in the Personal Injury Tort Case Action, Claimant and Limitation Plaintiffs stipulate and agree as follows:

1. That Limitation Plaintiffs have the right to litigate the issue of whether they are entitled to limit their liability under the provisions of the Limitation of Liability Act, 46 U.S.C. § 30505 *et seq.*, in this Court, and that this Court has exclusive jurisdiction to determine this issue.

2. That Limitation Plaintiffs have the right to have this Court determine the value of the limitation fund and the combined value of the vessel, the MISS HAILEE, and its cargo, and that this Court has exclusive jurisdiction to determine these issues.

3. That Claimant will not seek a determination of the issues set forth in paragraphs (1) and (2) above in any state court or any forum other than in the

JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY LIMITATION ACTION AND TO LIFT
INJUNCTION
CASE NO.: 4:20-CV-01384-HSG

PAGE - 2

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

Limitation Action, and consents to waive the right to claim res judicata or issue preclusion effect the decisions, rulings or judgements of any other court might have on those issues; and

    4.    That Claimant will not seek to enforce any judgment rendered in any forum outside of this limitation proceeding against Limitation Plaintiffs that would expose Limitation Plaintiffs to liability in excess of the limitation fund, unless and until this Court denies Limitation Plaintiffs' right to limit liability. If this Court grants Limitations Plaintiffs' request for limitation the Claimant will not seek to enforce any judgment that would require Limitation Plaintiffs to pay damages in excess of the limitation fund.

DATED this 25th day of August 2020.

    ANDERSON CAREY WILLIAMS & NEIDZWSKI

       /s/ Nicholas J. Neidzwski
Nicholas Neidzwski, CSB #273020
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone:   360-671-6711
Fax:   360-647-2943
E-mail:  nick@boatlaw.com
Attorneys for Claimant/Respondent
GILBERTO SANTIAGO OTANEZ,
Personal Representative of the Estate of
ARNULFO SANTIAGO SOLIS

JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY LIMITATION ACTION AND TO LIFT
INJUNCTION
CASE NO.: 4:20-CV-01384-HSG

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

PAGE - 3

HOLMES WEDDLE & BARCOTT, P.C.

 /s/ Michael A. Barcott
Michael A. Barcott, CSB #73681
3101 Western Ave., Suite 500
Seattle, Washington 98121
Telephone:   206-292-8008
Fax:   206-340-0289
E-mail:  mbarcott@hwb-law.com
Attorneys for Limitation Plaintiffs
Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust

### [~~PROPOSED~~] ORDER

Pursuant to the foregoing Joint Stipulation, IT IS SO ORDERED that the above entitled case, *In The Matter Of The Complaint Of Robert E. Kelley, et al.*, Case No. 20-cv-01384-HSG ("Limitation Action"), is stayed and the Injunction in this Limitation Action of May 12, 2020 (Docket No. 17) is lifted.  The Limitation Action will remain stayed until one party requests otherwise.  The Court further directs the parties to submit a joint status report every six months, or within 14 days of a decision or other resolution of claimant's separate action, Gilberto Santiago Otanez, Personal Representative of the Estate of Arnulfo Santiago Solis v. Richard E. Kelley, Case 4:20-cv-04424-DMR (N.D. Cal.).

 Dated:  8/28/2020

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY LIMITATION ACTION AND TO LIFT
INJUNCTION
CASE NO.:  4:20-CV-01384-HSG

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington  98225
(360) 671-6711  -  Fax (360) 647-2943

PAGE - 4