Michael A. Barcott, SBA #73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 4:20-cv-01384-HSG<br><br>**RULE 9 (h), IN ADMIRALTY**<br><br>**JOINT MOTION FOR LIFT OF STAY AND A STATUS CONFERENCE and ORDER GRANTING THE MOTION** |

Plaintiffs-in-Limitation Robert E. Kelley and Richard E. Kelley, successor co-trustees and beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust ("Plaintiffs-in-Limitation") and the sole claimant Gilberto Santiago Otanez, Personal Representative of the Estate of Arnulfo Santiago Solis ("Claimant") hereby jointly request that the stay in this matter, entered on August 28, 2020 [Docket 32] be lifted, and the matter be scheduled for a Status Conference in front of the Honorable Haywood S. Gilliam, Jr. on June 1, 2021 or June 22, 2021. This case was stayed, so that the Claimant's lawsuit, 4:20-cv-04424 SBA, could proceed on the issues of liability and damages. The parties reached settlement in

JOINT MOTION FOR LIFT OF STAY AND TO
SCHEDULE A STATUS CONFERENCE;
ORDER - 1
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

that case and, therefore, are seeking to lift the stay in this matter so that Plaintiffs-In-Limitation can move for default judgment, and take any other steps necessary for the case dismissal.

Respectfully Submitted this 18th day of May, 2021.

        HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, SBA #73681
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
Attorney for Limitation Plaintiffs


ANDERSON CAREY WILLIAMS & NEIDZWSKI

*/s/ Nicholas Neidzwski*
Nicholas Neidzwski, CSB #273020
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone: 360-671-6711
Fax: 360-647-2943
E-mail: nick@boatlaw.com
Attorneys for Claimant/Respondent
GILBERTO SANTIAGO OTANEZ,
Personal Representative of the Estate of
ARNULFO SANTIAGO SOLIS

JOINT MOTION FOR LIFT OF STAY AND TO SCHEDULE A STATUS CONFERENCE; ORDER - 2
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

ORDER LIFTING THE STAY
AND SCHEDULING STATUS CONFERENCE

This matter came before this Honorable Court on the Joint Motion by the Plaintiffs-In-Limitation and the Claimant requesting to lift the stay [Docket 32] and to schedule a Status Conference. Having reviewed the Joint Motion, it is ORDERED:

1. The Stay in effect as of August 20, 2020 [Docket 32] is LIFTED;

2. The Status Conference shall be scheduled on 6/1/2021 at 2:00 p.m.

DATED this 19th day of May 19, 2021.

Haywood S. Gilliam, Jr.
United States District Court Judge

JOINT MOTION FOR LIFT OF STAY AND TO SCHEDULE A STATUS CONFERENCE; [PROPOSED] ORDER - 3
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289