Michael A. Barcott, SBA #73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No.  4:20-cv-01384-HSG<br><br>**RULE 9 (h), IN ADMIRALTY**<br><br>**STIPULATION AND ORDER TO DISMISS CLAIM FOR DAMAGES BY CLAIMANT GILBERTO SANTIAGO OTANEZ** |

COME NOW, Plaintiffs-in-Limitation Robert E. Kelley and Richard E. Kelley, successor co-trustees and beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust ("Plaintiffs-in-Limitation), and Claimant Gilberto Santiago Otanez and stipulate that all claims made by Claimant Gilberto Santiago Otanez may be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

STIPULATION TO DISMISS AND ORDER
OF DISMISSAL THE CLAIMANT - 1
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Respectfully Submitted this 11th day of June, 2021.

      HOLMES WEDDLE & BARCOTT, P.C.

      */s/ Michael A. Barcott*
      Michael A. Barcott, SBA #73681
      3101 Western Avenue, Suite 500
      Seattle, Washington 98121
      Telephone: (206) 292-8008
      Facsimile: (206) 340-0289
      Email: mbarcott@hwb-law.com
      Attorney for Limitation Plaintiffs

      ANDERSON CAREY WILLIAMS & NEIDZWSKI

      */s/ Nicholas Neidzwski*
      Nicholas Neidzwski, CSB #273020
      21 Bellwether Way, Suite 104
      Bellingham, WA 98225
      Telephone: 360-671-6711
      Fax: 360-647-2943
      E-mail: nick@boatlaw.com
      Attorneys for Claimant/Respondent
      GILBERTO SANTIAGO OTANEZ,
      Personal Representative of the Estate of
      ARNULFO SANTIAGO SOLIS

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 14th day of June, 2021.

      *[signature: Haywood S. Gilliam, Jr.]*
      United States District Judge

STIPULATION TO DISMISS AND ORDER OF DISMISSAL THE CLAIMANT - 2
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289