UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | Case No. 20-cv-01384-HSG<br><br>**JUDGMENT** |

For the reasons set forth in Magistrate Judge Corley's Report and Recommendation Re Motion for Default Judgment filed on July 30, 2021 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

1. That the default of any and all potential claimants who have sustained any loss, injury, expense or damage resulting from the Voyage, and have failed to file claims in this action according to the Court-ordered deadlines, which have now passed, is confirmed, noted, and entered;

2. That any and all potential claimants are barred and permanently restrained from filing and/or prosecuting in any court any and all potential claims which might have been properly filed in this limitation proceeding; and

3. That default judgment is hereby entered for Limitation Plaintiffs against any and all persons who have failed to file claims in this action according to the Court-ordered deadlines, which have now passed, and pursuant to said judgment that Limitation Plaintiffs be exonerated from liability on all future claims for loss, injury, expense or damage arising out of the Voyage.

Dated at Oakland, California, this 19th day of August, 2021.

                                              Susan Y. Soong
                                              Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.