Michael A. Barcott, SBA #73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST, AS OWNERS AND/OR OPERATORS OF THE VESSEL F/V MISS HAILEE, OFFICIAL NUMBER 524780, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 4:20-cv-01384-HSG<br><br>**RULE 9 (h), IN ADMIRALTY**<br><br>**STIPULATED MOTION AND ORDER FOR RELEASE/CANCELLATION OF SECURITY AND FOR DISBURSEMENT OF REGISTRY FUNDS** |

COMES NOW Limitation Plaintiff and moves the Court for an order for disbursement of registry funds initially deposited by Plaintiff in the principal amount of $1,000.00. *See* Dkt. #12.

A decision by the Court was issued on August 19, 2021 regarding Default Judgment and closing the case. Plaintiff hereby requests that the $1,000.00 in principal funds, plus all accrued interest be disbursed to the trust account of Holmes Weddle & Barcott, PC and mailed to 3101 Western Ave., Suite 500, Seattle, WA 98121.

STIPULATED MOTION AND ORDER FOR RELEASE/CANCELLATION OF SECURITY AND FOR DISBURSEMENT OF REGISTRY FUNDS - 1
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 3rd day of November, 2021.

HOLMES WEDDLE & BARCOTT, P.C.

/s/Michael A. Barcott
Michael A. Barcott, SBA #73681
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email:       mbarcott@hwb-law.com
Attorney for Limitation Plaintiffs

ANDERSON CAREY WILLIAMS & NEIDZWSKI

/s/Nicholas Neidzwski
Nicholas Neidzwski, CSB #273020
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone:   360-671-6711
Fax:   360-647-2943
E-mail:  nick@boatlaw.com
Attorneys for Claimant/Respondent
GILBERTO SANTIAGO OTANEZ,
Personal Representative of the Estate of
ARNULFO SANTIAGO SOLIS

PURSUANT TO STIPULATION, the security posted by Plaintiff is RELEASED/CANCELLED and the $1,000.00 in principal funds, plus all accrued interest shall be disbursed to the trust account of Holmes Weddle & Barcott, PC and mailed to 3101 Western Ave., Suite 500, Seattle, WA 98121. IT IS SO ORDERED.

DATED this 4th day of November, 2021.

*[signature: Haywood S. Gill Jr.]*

United States District Judge

STIPULATED MOTION AND ORDER FOR
RELEASE/CANCELLATION OF SECURITY AND FOR
DISBURSEMENT OF REGISTRY FUNDS - 2
Case No. 4:20-cv-01384-HSG

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289